# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148097 & (30)(31)

JENNIFER STANKEVICH, a/k/a
JENNIFER MILLIRON,
        Plaintiff-Appellant,

v

        SC: 148097
        COA: 310710
        Dickinson CC: 12-016939-DP

LEANNE MILLIRON,
        Defendant-Appellee.

_____/

On order of the Court, the motion for immediate consideration of the motion to intervene is GRANTED. The motion to intervene is DENIED. The application for leave to appeal the October 17, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *DeBoer v Snyder*, ___ F Supp 2d ___ (ED Mich, 2014) (issued March 21, 2014, Case No. 12-CV-10285), is pending on appeal before the United States Court of Appeals for the Sixth Circuit and that the decision in that case may impact an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case, and should there subsequently be a petition for a writ of certiorari from that decision, any attendant decision from the United States Supreme Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2014



s0422

Clerk